```
1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   WILSHIRE LAW FIRM
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989
7  Attorneys for Plaintiff and Proposed Class
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ORIGINAL TOMMY'S #1 LLC., a California limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-06573-PA-SP <br><br> **NOTICE OF SETTLEMENT** |

     Plaintiff Portia Mason hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: October 15, 2021            Respectfully Submitted,

                              */s/ Thiago M. Coelho*
                              Thiago M. Coelho
                              Jasmine Behroozan
                              **WILSHIRE LAW FIRM**
                              *Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 15, 2021　　　　　　　　　*/s/ Thiago M. Coelho*
　　　　　　　　　　　　　　　　　　　　Thiago M. Coelho

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-06573-PA-SP